# United States District Court
## Northern District of Illinois
### Eastern Division

Syed M. Qadri  **JUDGMENT IN A CIVIL CASE**

      v.  Case Number: 06 C 5226

American Guardian Warranty Services, Inc.

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the complaint is dismissed with prejudice. There being no just reason for delay, final judgment of dismissal with prejudice is hereby entered.

Michael W. Dobbins, Clerk of Court

Date: 11/29/2007       _____
    /s/ Stephen C. Tokoph, Deputy Clerk